# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **FRED ALEXANDER, ET AL,** Plaintiffs | **CIVIL DOCKET NO. 1:21-CV-00161** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DRESSER, LLC, ET AL,** Defendants | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 59], and after a *de novo* review of the record, including the Objection filed by Plaintiffs [ECF No. 60] and the Response filed by Defendants [ECF No. 61], having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand [ECF No. 16] is DENIED.

IT IS FURTHER ORDERED that Plaintiffs' claims against the LDEQ and Derek Descant are DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 1st October 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE