UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **FRED ALEXANDER, ET AL** | **CIVIL DOCKET NO. 1:21-CV-00161** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DRESSER, LLC, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## ORDER

Before the Court is Plaintiffs' MOTION FOR RECONSIDERATION OF THE COURT'S INTERLOCUTORY ORDER DENYING PLAINTIFFS' MOTION TO REMAND AND DISMISSING DEFENDANT LDEQ (the "Motion"). [Doc. 97]. The Motion is unopposed. Given the Fifth Circuit's intervening holding in *D & J Invs. of Cenla, L.L.C. v. Baker Hughes a G E Co., L.L.C.,* 52 F.4th 187 (5th Cir. 2022).

The Court herein:

(i)  VACATES the Report and Recommendation [Doc. 59] and Judgment [Doc. 66] dismissing the Louisiana Department of Environmental Quality ("DEQ") as a defendant in this matter; and

(ii) REMANDS this case to the 9th Judicial District Court, Rapides Parish, Louisiana, because complete diversity no longer exists, and this Court therefore lacks subject matter jurisdiction under 28 U.S.C. § 1332(a).

THUS, DONE AND SIGNED in Chambers on this 21st day of December 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE